JESSE MYERS, Appellant, v. JOHN C. BROWN et al., Copartners under the Firm Name of BROWN BROTHERS & COMPANY, Respondents.

*Myers* v. *Brown*, 142 App. Div. 658, affirmed.
(Argued October 22, 1912; decided November 19, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1911, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial in an action brought by the plaintiff, as assignee of the First National Bank of Denver, to recover from the defendants the sum of $5,000, of which they had agreed to secure payment to one J. J. Brown at the Yokohama Specie Bank at Tokio, Japan, but which was never paid to such J. J. Brown, but was instead paid to an impostor.

*Alexander B. Siegel* and *J. Markham Marshall* for appellant.

*Edward T. Rice* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.